## (July 15, 1957)

■ In the Matter of the Estate of HERMAN M. BRALOFF, Deceased. MORRIS BRALOFF et al., Appellants; HERBERT S. GREENBERG et al., as Executors of HERMAN M. BRALOFF, Deceased, Respondents-Appellants; BRUCE RUBIN et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. (See *Matter of Braloff*, 4 A D 2d 775.) Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See 3 A D 2d 912.]

■ In the Matter of the Estate of HERMAN M. BRALOFF, Deceased. MORRIS BRALOFF et al., Appellants; HERBERT S. GREENBERG et al., as Executors of HERMAN M. BRALOFF, Deceased, Respondents-Appellants; BRUCE RUBIN et al., Respondents.— Motion to dismiss appeal of Henry Root Stern, Jr., as Special Guardian, renewed by permission by decision of April 23, 1956, denied, without costs, *nunc pro tunc* as of May 6, 1957. The Special Guardian had standing to appeal from the decrees herein, since on May 2, 1955 and August 3, 1955, he was designated to represent 12 infants in addition to the two who have become of age, and so far as the record on appeal discloses, these additional wards are still infants. (See *Matter of Braloff*, 3 A D 2d 912.) Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.